FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2024

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN JAMES TEEGARDEN,<br><br>Defendant. | Case No. 8:24-MJ-00122-DUTY<br><br>ORDER OF DETENTION PENDING HEARING (18 U.S.C. §§ 3142 and 3148) |

Defendant appeared after being taken into custody on an arrest warrant issued by United States District for the District of Arizona after United States Pretrial Services submitted a Petition for Action on Conditions of Pretrial Release alleging that Defendant committed multiple violations of the conditions of his pretrial release. The Court conducted an initial appearance on the alleged violations at which the Government requested detention pending the final revocation hearing. The Court finds that the Government has established by a preponderance of the evidence that no condition or

combination of conditions of release is reasonably likely to assure the safety of the community.

Defendant is remanded to the custody of the United States Marshal pending the final revocation of pretrial release proceedings in this matter.

**IT IS SO ORDERED.**

DATED:   March 12, 2024

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge